IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Battle, Lamarr

Printed: 10/7/08

Case Number: 07 B 21056
Judge: Squires, John H
Filed: 11/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 27, 2008
Confirmed: January 2, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,765.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,595.93 |
| Trustee Fee: |  | 169.07 |
| Other Funds: |  | 0.00 |
| Totals: | 2,765.00 | 2,765.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Kenneth C Swanson | Administrative | 3,286.00 | 2,595.93 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Home Loan Services | Secured | 9,566.28 | 0.00 |
| 5. | Home Loan Services | Secured | 1,500.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 311.76 | 0.00 |
| 7. | Credit Acceptance Corp | Secured |  | No Claim Filed |
| 8. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 9. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |
| 10. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 14,664.04 | $ 2,595.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 52.26 |
| 6.5% | 116.81 |
|  | _____ |
|  | $ 169.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Battle, Lamarr | Case Number:  07 B 21056 |
| | Judge:  Squires, John H |
| Printed:  10/7/08 | Filed:  11/9/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

